UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------

| | |
|---|---|
| LIFESCI CAPITAL LLC, | Case No. 22-cv-1411(RA) |
| Plaintiff, | |
| - against - | **RULE 26.1 DEMAND** |
| REVELATION BIOSCIENCES, INC., | |
| Defendant. | |

------------------------------------------------------------------------

Pursuant to Local Civil Rule 26.1, defendant Revelation Biosciences, Inc. ("Revelation") demands that plaintiff LifeSci Capital LLC ("LifeSci") furnish within seven days a verified statement setting forth, with respect to each of its members:

1. such member's name, residence and domicile,

2. any state or other jurisdiction of which such member is a citizen for purposes of 28 U.S.C. § 1332, and

3. the state or other jurisdiction of such member's formation.

Dated: New York, New York
May 5, 2022

FOX ROTHSCHILD LLP

 /s/ Mitchell Berns
Mitchell Berns
101 Park Avenue
New York, New York 10178
(212) 878-7900

*Attorneys for Defendant Revelation Biosciences, Inc.*

133743685.1