```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/02/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIFESCI CAPITAL LLC,

                Plaintiff,

-v-

REVELATION BIOSCIENCES, INC.,

                Defendant.

No. 22-cv-1411 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Pending before the Court is Plaintiff's motion for summary judgment prior to discovery. Having considered the submissions from both parties and the applicable law, the Court denies the motion for reasons that will follow. On March 8, 2023, at 3:00 p.m., the parties shall appear at a conference to discuss next steps in this action. Should this present a conflict for either party, they may make an application to the Court by letter requesting that the conference be rescheduled. Additionally, no later than March 6, 2023, the parties shall submit a revised case management plan, and shall indicate whether they would prefer that the conference be held telephonically, via videoconference by Microsoft Teams, or in person.

    The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 16.

SO ORDERED.

Dated:    March 2, 2023
             New York, New York

                                            _____
                                            Hon. Ronnie Abrams
                                            United States District Judge