

2000 Market Street
20th Floor
Philadelphia, PA 19103-3222
Tel 215.299.2000  Fax 215.299.2150
www.foxrothschild.com

MITCHELL BERNS
Direct No: 212.878.7917
Email: MBerns@FoxRothschild.com

March 3, 2023

**BY ECF**

Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: LifeSci Capital LLC v. Revelation Biosciences, Inc., No. 22-CV-1411(RA)

Dear Judge Abrams:

The court's order denying plaintiff's summary judgment motion (Doc. 25) set a conference for 3 p.m. on March 8. The undersigned defense counsel will be away next week, and the parties therefore request that the conference be rescheduled (and that the due date for the revised case management plan be adjusted accordingly.) The parties suggest that a Teams video conference be scheduled during the period March 20-21 or March 27-29.

Respectfully,

Mitchell Berns

Cc: All Counsel

Application granted. The conference is hereby adjourned to March 27, 2023 at 11:00 a.m. and will be held via Microsoft Teams. The public may access an audio-only line: Call-In Number: (646) 453-4442; Access Code: 863961018#.

SO ORDERED.

Hon. Ronnie Abrams
United States District Judge
03/06/2023

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Massachusetts   Minnesota   Missouri
Nevada   New Jersey   New York   North Carolina   Oklahoma   Pennsylvania   South Carolina   Texas   Washington
143301200.1