UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LifeSci Capital LLC,

                Plaintiff,

-against-

Revelation Biosciences, Inc.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2023

1:22-cv-01411 (RA) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that, on Friday, July 21, 2023, the parties shall file a joint letter regarding the status of discovery.

**SO ORDERED.**

Dated:      New York, New York
               June 5, 2023

_____
STEWART D. AARON
United States Magistrate Judge