**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
LIFESCI CAPITAL LLC,

                        Plaintiff,
    -against-                                   22 **CIVIL** 1411 (JGLC)

                                                              **JUDGMENT**

REVELATION BIOSCIENCES, INC.,

                        Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 1, 2024, Judge Aaron's Report and Recommendation is ADOPTED in its entirety. Plaintiff's motion for summary judgment is GRANTED and Defendants motion to amend is DENIED. Judgment is entered in favor of Plaintiff in the following amounts: (1) On Plaintiffs First Cause of Action, for breach of the BCMA, Plaintiff shall be awarded the sum of $1,528,411.71 for the Deferred Underwriting Fee, plus pre-judgment interest at a rate of 1.5% per month from January 25, 2022 of $868,865.47 for a total sum of $2,397,277.18, and (2) On Plaintiff's Second Cause of Action, for breach of the Amendment to Agreement, Plaintiff shall be awarded: a. the sum of $1,050,000.00 for the M&A Cash Fee, plus pre-judgment interest at a rate of 1.5% per month from January 25, 2022 of $596,899.86 for a total sum of $1,646,899.86, and b. the sum of $2,625,000.00 for the value of the equity not delivered to Plaintiff (i.e, the M&A Equity Fee), plus pre-judgment interest at the New York statutory rate of 9% per annum (see CPLR 5001, 5004) from January 18, 2022 of $599,363.01 for a total sum of $3,224,363.01. Plaintiff also is entitled to recover reasonable attorneys' fees and expenses pursuant to the October 7, 2020 Business Combination Agreement

and may seek to recover such fees and expenses pursuant to Rule 54(d) of the Federal Rules of Civil Procedure. Plaintiff may submit any motion for attorneys' fees and costs within 30 days of this decision, and Defendant shall have two weeks thereafter to respond to any such motion.

**Dated:**  New York, New York

August 1, 2024

**DANIEL ORTIZ**
**Acting Clerk of Court**

**BY:** _____
**Deputy Clerk**